**No. 60875.**—Orient Expert Trading Company *v.* United States, protest 271101–K (New York).

Opinion by DONLON, J. The protest was dismissed.

**No. 60876.**—John Runbold *v.* United States, protest 276406–K (New York).

Opinion by DONLON, J. The protest was dismissed.

**No. 60877.**—Albert Dickinson Company *v.* United States, protest 286234–K (A) (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed similar in all material respects to that the subject of *Transcontinental Seed, Inc. (Alltransport, Incorporated)* v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiff was sustained.

DONLON, J., dissented, holding: "As I indicated in *Albert Dickinson Co.* v. *United States*, 35 Cust. Ct. 359, Abstract 59603, I do not concur in the decision in *Transcontinental Seed, Inc.* v. *United States*, 29 Cust. Ct. 163, C. D. 1462, the record of which has been incorporated in the record of this case. In my opinion, the protest should be overruled."

JUNE 10, 1957

**No. 60878.**—C. J. Tower & Sons *v.* United States, protest 217087–K.——C. D. 1872. Plaintiff's application for rehearing denied.

BEFORE THE FIRST DIVISION, JUNE 18, 1957

**No. 60879.**—Walter Hoffman et al. *v.* United States, protests 973084–G, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480)

or *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802) and lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643) or C. D. 1802, *supra*, the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra*.

**No. 60880.**—Majestic Shipping & Forwarding Co. et al. *v.* United States, protests 158404- K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) or *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802) and lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643) or C. D. 1802, *supra*, the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra*.

BEFORE THE SECOND DIVISION, JUNE 18, 1957

**No. 60881.**—Cerro De Pasco Corporation *v.* United States, protest 290943–K (New York).

Opinion by LAWRENCE, J. After reviewing the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was therefore overruled.

**No. 60882.**—W. A. Taylor & Co. *v.* United States, protest 254724–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of cardboard boxes similar in all material respects to those the subject of Abstract 60422, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JUNE 18, 1957

**No. 60883.**—Julius Wile Sons & Co., Inc. *v.* United States, protest 130007–K (Philadelphia).